**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| COUNTRYMARK REFINING AND LOGISTICS, LLC, an Indiana limited liability company | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:16-cv-972-SEB-MPB |
| COOP FUELS INC., a Colorado corporation | ) ) ) ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

The Court, having reviewed Plaintiff Countrymark Refining and Logistics, LLC's ("Countrymark") motion for default judgment [Dkt. 17], and noting that the Clerk's Entry of Default was docketed on October, 5, 2016[Dkt. 16], now GRANTS the Motion.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendant, COOP Fuels, Inc. ("CFI") at its own cost and expense, shall immediately revise or destroy any and all materials containing the mark COOP (the "Infringing Mark") so that such materials no longer bear the Infringing Mark; such materials shall include, but not be limited to, written or printed materials in CFI's possession (if any), by way of example but not limitation, any and all CFI catalogs, instructional manuals, price lists, technical manuals, sales aids, photographs, drawings, customer lists, potential customer lists, labels, signage, websites, social medial accounts, and any other demonstrative or electronically transmitted materials.

2. CFI shall, at its own cost and expense, refrain, either directly or indirectly, from engaging in the following:

    (i) Using the Infringing Mark, the word CO-OP, or any other name or mark that is or may be confusingly similar to Countrymark's trademark CO-OP (registered with the United States Patent and Trademark Office under United States Trademark Registration Nos. 2,657,529 and 2,679,308 and identified for use in connection with fuel and fuel-related services) (the "CO-OP Mark"), in any medium or format, whether now known or hereinafter to be discovered or developed.

    (ii) Registering or attempting to register (i) the Infringing Mark; (ii) any mark that incorporates the literal element CO-OP or COOP; (iii) any mark that is or may be confusingly similar thereto, in any jurisdiction; or (iv) any domain that includes the Infringing Mark, any of Countrymark's federally registered trademarks, or any terms confusingly similar thereto.

    (iii) Taking any action inconsistent with Countrymark's ownership and use of the CO-OP Mark.

    (iv) Disparage Countrymark or any of its agents, employees, officers, directors, attorneys, representatives, insurers, successors, assigns, members, parent and related companies, and affiliates.

3. If CFI fails to comply with this Judgment, this Court may hold CFI in contempt or issue some other order imposing sanctions that this Court deems appropriate.

SO ORDERED.

Date: 10/28/2016

_/s/ Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution via ECF:**

Amie Peele Carter
Amie.PeeleCarter@FaegreBD.com
Louis T. Perry
Louis.Perry@FaegreBD.com
David K. Herzog
David.Herzog@FaegreBD.com
FAEGRE BAKER DANIELS LLP

**Distribution via U.S. Mail:**

Blessing K. Egbon
Coop Fuels Inc.
725 Keystone Park Dr., Suite 102
Morrisville, NC 27560
(800) 266-7024